tion." *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Therefore, the district court's judgment is affirmed on the alternative basis that it lacked jurisdiction over the motion. *See Sojourner T v. Edwards*, 974 F.2d 27, 30 (5th Cir. 1992). Williams's appellate motion for the appointment of counsel is denied.

AFFIRMED; MOTION FOR THE APPOINTMENT OF COUNSEL DENIED.

Deloris PHILLIPS, Plaintiff–Appellant

v.

DALLAS COUNTY COLLEGE COMMUNITY DISTRICT, (D.C.C.C.D.); Mountain View College, (D.C.C.C.D.); EL Centro College, (D.C.C.C.D.); Dallas County Community College District Blackboard; University of North Texas, at Dallas, also known as UNT System; University of North Texas, at Denton, also known as UNT System; University of North Texas System, also known as UNT System; University of North Texas Blackboard, also known as UNT System; University of Texas, at Arlington, also known as UT System; University of Texas System, also known as UT System, Defendants–Appellees

No. 16-10022
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/05/2016

Deloris Phillips, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6.

Wayne GORDON, Plaintiff–Appellant

v.

Leon REGAN; Citadel Builders, L.L.C.; Unidentified Party; Travelers Casualty & Surety Company of America, improperly named Travelers Casualty and Surety Company of American, Incorporated, Defendants–Appellees

No. 16-30280
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/05/2016

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.